UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re:

    Kevin Franklin                                             Case No.:    12-62206
    Heather Franklin                                   Chapter:     13
                                                           Judge:       Steven Rhodes

          Debtors
_____/

## ORDER TO MODIFY CHAPTER 13 PLAN

Debtors, by and through their attorneys, Chimko & Associates, P.C., and the Chapter 13 Trustee, in resolution of the Trustee's Motion to Dismiss, hereby stipulate as follows for entry of the Order Modifying Plan and Resolving the Trustee's Motion to Dismiss attached hereto as Exhibit A;

IT IS ORDERED that in the event that debtor(s) fail(s) to make any future Chapter 13 plan payments, the Trustee may submit a notice of default, served upon debtor and debtor's counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If debtor(s) fails to cure the defaults in payments after having been provided notice under the provisions of this order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments, and the proceedings may be thereafter dismissed without a further hearing, or notice.

IT IS FURTHER ORDERED that in all other respects, the confirmed plan, Order Confirmation Plan and the last filed Plan Modification shall remain in full force and effect.

.

**Signed on November 12, 2013**

                                              **/s/ Phillip J. Shefferly**
                                           **Phillip J. Shefferly**
                          **Chief Bankruptcy Judge**

                              **Acting in the absence of**
                              **Judge Rhodes**