# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Kevin James Franklin & Heather Marie Franklin

CHAPTER 13
CASE NO. 12-62206-MAR
JUDGE MARK A RANDON

Debtors                              /

## NOTICE OF DEFAULT IN PAYMENTS
## AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE

**PLEASE TAKE NOTICE** that in accordance with the terms of the Order to Modify Chapter 13 Plan entered in the above matter on November 12, 2013, the Debtors are delinquent in payments under the Chapter 13 Plan.

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby demands that payments be brought current in accordance with the provisions of said order in the above matter, and that said payments be brought current no later than 30 days from the date of service of this notice.

**PLEASE TAKE FURTHER NOTICE** that in the event of the Debtors' failure to bring payments current as required under the Chapter 13 Plan, as last amended, if at all, then the Trustee shall submit an order of dismissal to the Court along with an affidavit attesting to the fact that compliance with the Order to Modify Chapter 13 Plan has not been met.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

September 05, 2014

/s/ MARGARET CONTI SCHMIDT
KRISPEN S. CARROLL (P49817)
MARGARET CONTI SCHMIDT (P42945)
MARIA GOTSIS (P67107)
719 Griswold
Suite 1100
Detroit, MI  48226
(313) 962-5035
notice@det13ksc.com

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| Kevin James Franklin & Heather Marie Franklin | CASE NO. 12-62206-MAR |
| | JUDGE MARK A RANDON |
| Debtors / | |

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **NOTICE OF DEFAULT IN PAYMENTS AND TRUSTEE'S INTENT TO SEEK DISMISSAL OF THE CASE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

PRO SE

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

Kevin James Franklin
Heather Marie Franklin
2457 Third Street
Trenton, MI 48183

| | |
|---|---|
| September 05, 2014 | /s/ Shannon Horton |
| | SHANNON HORTON |
| | For the Office of the Chapter 13 Trustee-Detroit |
| | 719 Griswold |
| | Suite 1100 |
| | Detroit, MI 48226 |
| | (313) 962-5035 |
| | notice@det13ksc.com |